**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Branch Banking and Trust Company, Respondent,

v.

P. Jason Luquire, Appellant.

Appellate Case No. 2013-000384

———

Appeal From Georgetown County
W. Jeffrey Young, Circuit Court Judge

———

Unpublished Opinion No. 2014-UP-200
Submitted April 1, 2014 – Filed May 21, 2014

———

**AFFIRMED**

———

Tobias Gavin Ward, Jr. and James Derrick Jackson, both
of Tobias G. Ward, Jr., PA, of Columbia, for Appellant.

D. Clay Robinson, of Robinson, McFadden & Moore,
P.C., of Columbia, for Respondent.

———

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following
authorities: *Citizens & S. Nat'l Bank of S.C. v. Lanford*, 313 S.C. 540, 544, 443
S.E.2d 549, 551 (1994) ("[A] guaranty of payment is an obligation separate and
distinct from the original note."); *Peoples Fed. Sav. & Loan Ass'n v. Myrtle Beach*

*Ret. Grp., Inc.*, 300 S.C. 277, 281, 387 S.E.2d 672, 674 (1989) ("Under an absolute guaranty of payment, the creditor may maintain an action against the guarantor immediately upon default of the debtor.").

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.